PROB 35
(Reg 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.             Crim. No. 5:12-CR-134-1D

HENRY PHILLIP SIMON

On September 6, 2017, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender is now deceased, and it is accordingly recommended that this term of supervised release be terminated.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: April 17, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __19__ day of __April__, 2018.

James C. Dever III
Chief U.S. District Judge